No. 56971.—B. Shackman & Co. and S. Stern Henry & Co. v. United States, protest 185559–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C. D. 1426), the claim of the plaintiffs was sustained.